## Taylor's Estate.

*William W. Smithers,* for exceptant.

*William R. Newgeon, Samuel J. Houston* and *J. Hamilton Cheston,* contra.

HENDERSON, J., March 20, 1931.—A careful review of the record and of the briefs submitted leads us to the conclusion that the Hearing Judge has correctly disposed of the unusual questions submitted to him, and for the reasons set out in his adjudication, the exceptions are dismissed, the adjudication is confirmed absolutely, and the record is remitted to the register for further proceedings in accordance with the adjudication.

VAN DUSEN, J., did not sit.